UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  13-60232-CR-Hurley

UNITED STATES OF AMERICA,

v.

WILLIE ANTWAINE PUGHSLEY
                      Defendant
_____/

## REPORT AND RECOMMENDATION

Defendant, WILLIE ANTWAINE PUGHSLEY, appeared before the Court represented by counsel on March 28, 2018, for a hearing on a violation of supervised release. Defendant was originally convicted of distributing cocaine base, in violation of 21 U.S.C. §841(a)(1). Following this conviction, Defendant was sentenced to time served and four years of supervised release with special conditions, and a $100 special assessment.

Defendant began his term of supervised release on February 25, 2014. Defendant presently stands charged with violating his supervised release by:

Violation 1:    Failing to refrain from violation of the law by committing the offense of Trespass on or about November 30, 2017.

Violation 2:    Failing to obtain his GED degree.

Violation 3:    Failing to satisfy his court-ordered special assessment fee.

*See* Docket Entry 115.

At the hearing, the Government and the Probation Officer jointly requested that Violation 1 be dismissed.  The Defendant freely, knowingly, and voluntarily admitted to

1

Violations 2 and 3 as charged, and stated his wish to proceed to sentencing as soon as possible.

Based on the foregoing, the Court RECOMMENDS that the District Court dismiss Violation 1, accept Defendant's admission to Violations 2 and 3, and find him guilty of committing Violations 2 and 3 as charged. The Court further RECOMMENDS that this matter be set down for sentencing before the newly-assigned U.S. District Judge.

A party shall serve and file written objections, if any, to this Report and Recommendation within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(l)(C). Failure to file timely objections "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

DONE AND RECOMMENDED in Chambers at West Palm Beach in the Southern District of Florida, this 18th day of March, 2018.

/s/ Bruce Reinhart

_____

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE