UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-60232-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

WILLIE ANTWAINE PUGHSLEY,

    Defendant.
_____/

## **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon a Report and Recommendation for a final hearing on a violation of supervised release.

**THE MATTER** was heard by United States Magistrate Judge Bruce E. Reinhart, on March 28, 2018. A Report and Recommendation was filed on March 28, 2018 [ECF No. 124], recommending that this Court find the Defendant guilty of violations 2 and 3 as set forth in the Petition. The Government and the Probation Officer jointly requested that violation 1 be dismissed. The Defendant and the Government were afforded the opportunity to file written objections to the Report and Recommendation within fourteen days of being served and the record reveals that none were filed and noted by the Court. After a de novo review of the record and Magistrate Reinhart's Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 124] on Defendant's final hearing on a Petition alleging Violation of Supervised Release of the United States Magistrate Judge James Reinhart, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation numbers 2 and 3 as set

forth in the Petition for Warrant or Summons for Offender Under Supervision.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___13___ day of April, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE


Copied: Hon. Magistrate Reinhart
All Counsel Of Record
U.S. Probation Office